# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Lashonda Ash, | Case No. 1:11-cv-09094 |
| Plaintiff, | |
| v. | |
| Global Recovery Systems, Inc., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement. Due to the terms of the settlement, Plaintiff anticipates filing a Notice of Dismissal with Prejudice in 45 days.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 709
Chicago, IL 60604
Tel: 312/242-1849
Fax: 312/242-1849
richard@meierllc.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. Mail:

Global Recovery Systems, Inc.
a/k/a GRS Management
c/o Inna Verona, registered agent
3363 NE 163 Street, Suite 204
Miami, FL 33179

*/s/ Richard J. Meier*