# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Lashonda Ash,<br><br>    Plaintiff,<br><br>v.<br><br>Global Recovery Systems, Inc.,<br><br>    Defendant. | Case No. 1:11-cv-09094<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

    Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                          RESPECTFULLY SUBMITTED,

                          Meier LLC

                          By: */s/ Richard J. Meier*
                                Richard J. Meier, Esq.
                                53 w. Jackson Blvd, Suite 709
                                Chicago, IL 60604
                                Tel: 312-242-1849
                                Fax: 312-242-1841
                                richard@meierllc.com
                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. Mail:

Global Recovery Systems, Inc.
a/k/a GRS Management
c/o Inna Verona, registered agent
3363 NE 163 Street, Suite 204
Miami, FL 33179

*/s/ Richard J. Meier*